**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

John F. Marchisotto (Pro se)
_____

_____

_____
*(In the space above enter the full name(s) of the plaintiff(s).)*

**- against -**

Roger W. Daley
_____

Superior Court of New Jersey - Appellate Division
_____

Superior Court Trust Fund Unit
_____

Administrative Office Of The Courts
_____

State Of New Jersey
_____

Middlesex County
_____

Middlesex County Superior Court
_____

Middlesex County Surrogate Court
_____

Alberto Rivas
_____

Stuart J. Rabner
_____

**"see attached"**
_____
*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial: ✔ Yes ☐ No

(check one)

**I.    Parties in this complaint:**

A.    List your name, address and telephone number.  Do the same for any additional   plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff

| | | |
|---|---|---|
| Name | John F. Marchisotto (Pro se) |
| Street Address | 15 Topaz Dr |
| County, City | Ocean, Jackson |
| State & Zip Code | New Jersey, 08527 |
| Telephone Number | (732) 526-7732 |

B.      List all defendants.  You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual.  Include the address where each defendant can be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name _____ Roger W. Daley _____

Street Address _____ P.O. Box 037 _____

County, City _____ Mercer County, Trenton _____

State & Zip Code ___ New Jersey 08625-0037 _____

Defendant No. 2

Name _____ Superior Court of New Jersey - Appellate Division

Street Address _____ P.O. Box 037 _____

County, City _____ Mercer County, Trenton _____

State & Zip Code ___ New Jersey 08625-0037 _____

Defendant No. 3

Name _____ Superior Court Trust Fund Unit _____

Street Address _____ P.O. Box 037 _____

County, City _____ Mercer County, Trenton _____

State & Zip Code ___ New Jersey 08625-0037 _____

Defendant No. 4

Name _____ Administrative Office Of The Courts _____

Street Address _____ P.O. Box 037 _____

County, City _____ Mercer County, Trenton _____

State & Zip Code ___ New Jersey 08625-0037 _____

**"see attached"**

## II.     Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case   involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C.  §  1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.      What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal Questions                    ☐ Diversity of Citizenship

☐ U.S. Government Plaintiff        ☐ U.S. Government Defendant

B.      If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? ___ 440 Civil Rights - Other Civil Rights,  42:1983 Civil Rights Act. ____

___ 28 U.S.C. § 1331, 42 U.S.C. § 1983, U.S. Const. art III, § 2. ____

_____

C.      If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III.    Statement of Claim:**       ==SEE ATTACHED VERIFIED COMPLAINT==

State as briefly as possible the <u>facts</u> of your case.  Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.      Where did the events giving rise to your claim(s) occur? _____

_____


B.      What date and approximate time did the events giving rise to your claim(s) occur? _____

_____

_____

| What happened to you? |
| --- |

C.      Facts: _____

_____

_____

_____

_____

_____

| Who did what? |
| --- |

_____

_____

_____

_____

| Was anyone else involved? |
| --- |

_____

_____

_____

_____

_____

| Who else saw what happened? |
| --- |

_____

_____

**IV.     Injuries:**          ==SEE ATTACHED VERIFIED COMPLAINT==

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**V.     Relief:**          ==SEE ATTACHED VERIFIED COMPLAINT==

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___9___ day of __March_____, 20 _22_.

Signature of Plaintiff _____ *Pro se*

Mailing Address  John F. Marchisotto
_____

15 Topaz Dr
_____

Jackson, New Jersey 08527
_____

Telephone Number  (732) 526-7732
_____

Fax Number *(if you have one)* _____

E-mail Address  mr300cclass@yahoo.com
_____

<u>Note</u>:    All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____ *Pro se*