UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**JOHN F. MARCHISOTTO**,

    Plaintiff,

v.

**ROGER W. DALEY**, *et al.*,

    Defendants.

Civil Action No. 22-1276 (ZNQ) (RLS)

**ORDER**

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon *pro se* Plaintiff John F. Marchisotto's Motion for a Temporary Restraining Order ("TRO") and Preliminary Injunction against Allison E. Accurso, Catherine I. Enright,[1] and the Superior Court of New Jersey Appellate Division ("Appellate Division"). (ECF No. 33.) The following motions are also pending before the Court: Motion to Dismiss by Defendant John Madden (ECF No. 13); Motion to Dismiss by Defendant Walter Reed Gusciora (ECF No. 20); Motion to Disqualify Counsel by Plaintiff (ECF No. 24); Motion to Dismiss by Defendants Andrew J. Bruck, Yolanda Ciccone, Middlesex County Prosecutor Office, Michelle Miller, Michael T. Moran, Philip Dunton Murphy, New Jersey Office of the Attorney General, Matthew J. Platkin, Richard J. Hughes Justice Complex, Michele Marie Solari, Peter Sosinski, and State of New Jersey (ECF No. 34); and Motion to Dismiss by Defendants Allison E. Accurso, Administrative Office of the Courts, Heather Antonuccio, Karen M. Carroll, Claribel Cortes, Jessica Cortes, Roger W. Daley, Jennifer Eaton, Glenn A. Grant, John K. Grant, Christina O. Hall, Marie C. Hanley, Marissa Huber, Karen L. Koval, N.J. Courts, Joseph

---

[1] Enright, who is an Appellate Division Judge, is not a named defendant in this action.

H. Orlando, Stuart J. Rabner, Alberto Rivas, Lisa Rose, Tammy Rowe, Michelle M. Smith, Lion Song, Superior Court of New Jersey Appellate Division, Superior Court Trust Fund Unit, Suzanne Tobin, and Michael A. Toto (ECF No. 36).  Having reviewed the submissions filed in connection with the motions, and for the reasons the Court set forth in its opinion and for good cause shown,

**IT IS** on this 20th day of May 2022,

**ORDERED** that Marchisotto's Motion for a Temporary Restraining Order and/or Preliminary Injunction (ECF No. 33) is **DENIED**; and it is further

**ORDERED** that the Motion to Dismiss (ECF No. 13) is **DENIED AS MOOT**, and Plaintiff's Complaint, as to Defendant John Madden, is *sua sponte* **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that the Motion to Dismiss (ECF No. 20) is **DENIED AS MOOT**, and Plaintiff's Complaint, as to Defendant Walter Reed Gusciora, is *sua sponte* **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiff's Motion to Disqualify Judge Rukhsanah L. Singh (ECF No. 21) is **DENIED AS MOOT**; and it is further

**ORDERED** that Plaintiff's Motion to Disqualify Counsel Louis P. Lepore (ECF No. 24) is **DENIED AS MOOT**; and it is further

**ORDERED** that the Motion to Dismiss (ECF No. 34) is **DENIED AS MOOT**; Plaintiff's claims against the State of New Jersey are *sua sponte* **DISMISSED WITH PREJUDICE** but his claims as to Defendants Andrew J. Bruck, Yolanda Ciccone, Middlesex County Prosecutor Office, Michelle Miller, Michael T. Moran, Philip Dunton Murphy, New Jersey Office of the Attorney General, Matthew J. Platkin, Richard J. Hughes Justice Complex, Michele Marie Solari, and Peter Sosinski are *sua sponte* **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that the Motion to Dismiss (ECF No. 36) is **DENIED AS MOOT**; Plaintiff's claims against Superior Court of New Jersey Appellate Division, and Alberto Rivas, Stuart J. Rabner are *sua sponte* **DISMISSED WITH PREJUDICE**; Plaintiff's claims as to Allison E. Accurso, Administrative Office of the Courts, Heather Antonuccio, Karen M. Carroll, Claribel Cortes, Jessica Cortes, Roger W. Daley, Jennifer Eaton, Glenn A. Grant, John K. Grant, Christina O. Hall, Marie C. Hanley, Marissa Huber, Karen L. Koval, N.J. Courts, Joseph H. Orlando, Lisa Rose, Tammy Rowe, Michelle M. Smith, Lion Song, Superior Court Trust Fund Unit, Suzanne Tobin, and Michael A. Toto are *sua sponte* **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that the claims against the remaining Defendants are *sua sponte* **DISMISSED WITHOUT PREJUDICE**; and it is further

**ORDERED** that Plaintiff must show cause within **twenty days** of this order as to why his pattern of conduct, which has caused the expenditure of countless resources, judicial and otherwise, does not justify a tailored pre-filing injunction that provides as follows:

1. Without prior leave of this Court, John F. Marchisotto should be prohibited, when proceeding *pro se*, from filing any lawsuits against any of the Defendants or others not yet named relating to disputes concerning the state court probate matter involving his deceased father, or any perceived conspiracies emanating out of them;

2. Leave of Court will be freely granted upon Plaintiff showing through a properly filed petition that a specific proposed filing (i) can survive a challenge under Rule 12 of the Federal Rules of Civil Procedure and (ii) is not barred by principles of claim preclusion, issue preclusion, or the *Rooker-Feldman* doctrine;

3. Plaintiff must attach a copy of the pre-filing injunction to any subsequent *pro se* lawsuit that relates to disputes concerning the state court probate matter; should he fail to do so, his complaint will be dismissed; and

4. The injunction shall not apply to the filing of timely notices of appeal of any decision rendered by this Court in this action, nor shall it apply to the cases that Marchisotto has already filed.

**ORDERED** that the Clerk's Office is directed to STAY and ADMINISTRATIVELY TERMINATE this matter pending the Court's consideration of the Order to Show Cause.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**